## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MONTE D. BONE, | )( | |
| | )( | |
| Plaintiff, | )( | |
| | )( | |
| v. | )( | CIVIL ACTION NO. |
| | )( | 1:20-CV-01984-LMM |
| STATE FARM FIRE AND, | )( | |
| CASUALTY COMPANY, | )( | |
| | )( | |
| Defendant. | )( | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Monte D. Bone ("Plaintiff") and Defendant State Farm Fire and Casualty Company ("State Farm") (together, the "Parties") and hereby notify this Court that the Parties have reached an agreement to settle the above-styled action. The Parties expect to complete the paperwork necessary to effectuate the settlement within thirty (30) days. Following the execution of the settlement paperwork, the Parties will file a Joint Stipulation of Dismissal with Prejudice with the Court.

Respectfully submitted this 8th day of July, 2020.

| | |
|---|---|
| */s/ Michael D. Turner* | */s/ Kristen M. Vigilant* |
| *[with express permission by* | Thomas D. Martin |
| *Kristen M. Vigilant]* | Georgia State Bar No. 475535 |
| J. Remington Huggins | Kristen M. Vigilant |
| Georgia State Bar No. 348736 | Georgia State Bar No. 191460 |
| Michael D. Turner | ***Attorneys for Defendant State Farm*** |
| Georgia State Bar No. 216414 | ***Fire and Casualty Company*** |
| ***Attorney for Plaintiff Monte D. Bone*** | |
| | **Swift, Currie, McGhee & Hiers, LLP** |
| **The Huggins Law Firm, LLC** | 1355 Peachtree St., N.E., Suite 300 |
| 110 Norcross Street | Atlanta, GA 30309-3238 |
| Roswell, Georgia 30075 | Tel: (404) 874-8800 |
| Tel: (770) 913-6229 | Fax: (404) 888-6199 |
| remington@lawhuggins.com | tom.martin@swiftcurrie.com |
| mdturner@lawhuggins.com | kristen.vigilant@swiftcurrie.com |

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Notice of Settlement* with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorneys:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
***Attorneys for Plaintiff Monte D. Bone***

This 8th day of July, 2020.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ Kristen M. Vigilant*
Thomas D. Martin
Georgia State Bar No. 475535
Kristen M. Vigilant
Georgia State Bar No. 191460
***Attorneys for Defendant State Farm Fire and Casualty Company***

1355 Peachtree St., N.E.
Suite 300
Atlanta, GA 30309-3238
Tel:   (404) 874-8800
Fax:   (404) 888-6199
tom.martin@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

4820-0512-9921, v. 1